DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Michael Sorrentino

Defendant(s).

Criminal No.  14-558

**SENTENCING SUBMISSION NOTICE OF DEFENDANT**

Please be advised that, on this date, defendant Michael Sorrentino submitted sentencing materials to the Court in this case.

Date:    9/25/18

By:    s/ Kristen Santillo

Kristen Santillo